IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RACHEL PATRICIA MCNAUGHTON,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-12291

Judge Rebecca R. Pallmeyer

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | Esn nazpy |
| 6 | UOFOCO Halloween & Fall Sale 2024 |
| 8 | Yihaojia amaz0n warehouse sale clearance clothing |
| 9 | 2024 Prime Day Deals Today |
| 10 | MIEDEXP - Fall and Winter Clothes Deals |
| 13 | boavni |
| 14 | Q-DH |
| 18 | Halloween Costumes 2024 LAYHTKTL |
| 19 | prime big deal days early deals GuangMiao |
| 21 | niaoniaokeji dsin |
| 24 | WujiJia |
| 25 | BTLYUIOAPE Prime Day Deals Today 2024 |
| 26 | Aihuacao |
| 27 | mutourn |
| 29 | Honey Peach |
| 30 | ZDRZK Direct Online |
| 31 | BCZHQQ Women Clothing |
| 35 | Fronage |
| 37 | Bingzw |

| | |
|---|---|
| 61 | LMSXCT |
| 62 | JZGPF |
| 69 | Best Seller of Womens Tops |
| 73 | SMIDOW Online |
| 77 | Fall Prime Halloween Sale & Deal ➤6-12 days↘ |
| 81 | TrendVibe365 |
| 82 | CF TQWQT |
| 86 | Biziza wardrobe |
| 87 | JinHeFang |
| 88 | Geai Co. ltd |
| 90 | Juebong |
| 91 | UPPADA |
| 92 | PATLOLLAV |
| 93 | RYRJJ |
| 94 | pimelu clothes store |
| 95 | Yyeselk |
| 96 | JINMGG |
| 97 | hgsbede |
| 98 | yuanzhen cao |
| 99 | ZQGJB |
| 100 | Teissuly Direct |
| 101 | Panties for Women |
| 102 | deals holiday kickoff |
| 103 | Homenesgenics |
| 105 | YUHGODO |
| 106 | Anbech |
| 107 | Guzom Fashion |
| 108 | PIMOXV Clothing Clearance |
| 109 | Floleo |
| 110 | Scyoekwg |
| 111 | XingZhuang |
| 112 | ZVAVZ |
| 114 | Oalirro |
| 115 | AOOCHASLIY |
| 116 | Ctreela |
| 117 | BUIgtTklOP |
| 118 | Ganfancp |
| 119 | UTTOASFAY |
| 122 | Tmtolofot |
| 123 | Bdfzl Women's Clothing Shops |

DATED:  November 20, 2025 Respectfully submitted,

<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 20, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

              */s/ Keith A. Vogt*
              Keith A. Vogt